**IN THE MATTER OF THE PETITION**
**FOR REINSTATEMENT OF**
**MARY THERESA KEATING**
**TO THE BAR OF MARYLAND**

\*     **IN THE**

\*     **COURT OF APPEALS**

\*     **OF MARYLAND**

\*     **Misc. Docket AG No. 59**

\*     **September Term, 2021**

## ORDER

Upon consideration of the Verified Petition of Mary Theresa Keating for Reinstatement to the Maryland Bar and Bar Counsel's Consent to Petition for Reinstatement, filed in the above-captioned case, it is this 25th day of February, 2022,

**ORDERED**, by the Court of Appeals of Maryland, that the Petition be, and the same hereby is, GRANTED; and it is further

**ORDERED,** that Mary Theresa Keating is reinstated as a member of the Bar of Maryland; and it is further

**ORDERED**, that the Clerk of the Court shall replace the name Mary Theresa Keating upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

/s/ Joseph M. Getty
Chief Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk